UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Terry Wadowski,

                Debtor

Chapter 13
Case No. 16-46522-MAR
Hon. Mark A. Randon

_____/

## WITHDRAWAL OF DEBTOR'S EX PARTE MOTION TO REINSTATE CHAPTER 13 CASE DUE TO DEATH OF THE DEBTOR

NOW COMES counsel for the Debtor, BIEBER & CZECHOWSKI, who states as follows:

1. The Debtor, TERRY WADOWSKI, passed away the evening of Wednesday, May 11, 2016. A copy of the Death Certificate has not yet been provided to counsel; however, attached hereto is a copy of the Death Notice.

2. Counsel for the Debtor met with the family members of the Debtor who have advised that they do not wish to prosecute the instant Bankruptcy case.

3. There is therefore no one who can or will prosecute the Motion to Reinstate Chapter 13 Case.

WHEREFORE, Counsel respectfully withdrawals the Ex Parte Motion to Reinstate Chapter 13 Case due to the death of the Debtor.

BIEBER & CZECHOWSKI, P.L.L.C.

/s/ Kimberly M. Lubinski
KIMBERLY M. LUBINSKI (P62542)
Attorney for the Creditor
26224 Van Dyke Avenue
Center Line, MI 48015
(248) 754-1450
klubinski@bcbestlawfirm.com

Dated: May 19, 2016

**Terry B. Wadowski**

WADOWSKI



TERRY B. May 11, 2016. Age 50. Predeceased by his parents, Cass Wadowski and Helen (Joseph) Krajewski. Dear brother of Richard and the late Robert. Also survived by many loving cousins and friends. Visitation Sunday 2-8 p.m. at the Wasik Funeral Home, Inc., 11470 Thirteen Mile Road (west of Hoover), Warren. Funeral Service Monday 12 noon at the funeral home. Interment Mt. Olivet Cemetery. Expressions of sympathy may be shared with the family at

www.wasikfuneralhome.com.

**Funeral Home**
**Wasik Funeral Home, Inc.**
11470 Thirteen Mile Road Warren, MI 48093
586-751-3131

**Published in the Detroit Free Press, The Detroit News and other local publications on May 13, 2016**

*Exhibit B*

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-DETROIT

In Re:

Terry Wadowski,

                         Debtor

_____/

Chapter 13
Case No. 16-46522-MAR
Hon. Mark A. Randon

## <u>PROOF OF SERVICE</u>

I certify that on the 19th day of May, 2016, a copy of the Withdrawal of Debtor's Ex Parte Motion to Reinstate Chapter 13 Case due to the Death of the Debtor with the Clerk of the Court and served electronically to the following interested parties:

- Chapter 13 Trustee: Krispen S. Carroll
- US Trustee

And by first class mail to:

- All creditors listed on the Matrix.

                                         */s/ Aimee Fields*_____
                                         Aimee Fields
                                         Legal Assistant
                                         26224 Van Dyke
                                         Center Line, MI 48015
                                         (586) 754-1450
                                         Aimeefields05@gmail.com